UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC OKAFOR,

        Plaintiff,

- against -

NEW YORK STATE INSURANCE FUND, ET AL.,

        Defendants.

24-cv-5680 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, the plaintiff should file an amended complaint by **October 29, 2024**. The defendants can move to dismiss by **November 26, 2024**. The plaintiff should respond by **December 18, 2024**. The defendants may reply by **January 3, 2025**.

SO ORDERED.

Dated:    New York, New York
            October 15, 2024

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge