UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISAAC OKAFOR,

                Plaintiff(s)

              24 civ 5680 (JGK)

    -against-

NEW YORK STATE INSURANCE FUND, et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for December 3, 2024, at 12:00pm is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 21, 2024