**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────────────

**ISAAC OKAFOR,**  24-cv-5680 (JGK)

        Plaintiff,  <u>ORDER</u>

    - against –

**NEW YORK STATE INSURANCE FUND, ET AL.,**

        Defendants.
─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff has moved for reconsideration. ECF No. 39. The defendants should respond by **September 12, 2025.** The plaintiff may reply by **September 22, 2025.**

**SO ORDERED.**

Dated:    **New York, New York**
           **August 22, 2025**

                                                 /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                       **United States District Judge**