UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC OKAFOR,

                Plaintiff,

   -against-

NEW YORK STATE INSURANCE FUND, et al.,

                Defendants.

24-CV-5680 (JGK) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **January 6, 2026 at 3:00 PM**. The parties should be prepared to discuss the status of the case, including the letter filed at ECF 60. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 716 802 037 #.**

DATED: December 19, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge