UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC OKAFOR,

                Plaintiff,

    -against-

NEW YORK STATE INSURANCE FUND, et al.,

                Defendants.

24-CV-5680 (JGK) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As discussed at the status conference held on January 6, 2026, the parties shall, by **January 30, 2026**, file a joint update on the status but not the substantive details of their settlement efforts. In light of the trial schedule of Plaintiff's counsel, the deadline for completing fact discovery is extended until **April 1, 2026**. I do not anticipate further extensions of this deadline absent extremely good cause shown.

Dated: January 6, 2026
     New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**