# MADUEGBUNA COOPER LLP
## ATTORNEYS AT LAW
### 30 WALL STREET
### 8TH FLOOR
### NEW YORK, NEW YORK 10005
### (212) 232-0155
### FAX: (212) 232-0156
### www.mcande.com

February 27, 2026

**VIA ELECTRONIC MAIL**
The Honorable Robyn F. Tarnofsky
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Isaac Okafor v. NYSIF, et al.*
> **Docket No.: 24-cv-5680-JGK**

Dear Judge Tarnofsky:

We represent the plaintiff, Isaac Okafor, in the above-referenced matter and write in connection with the settlement conference currently scheduled for April 2, 2026 at 10:00 AM.

Due to the undersigned's previously scheduled cross-country travel from April 2-5, we respectfully request that the conference be adjourned to April 7 or 9, with a preference for the 9th. Counsel for the defendants has consented and is available on these dates.

Due to the winter storm, we were unable to file this request on February 23, as directed by the Court.

We thank the Court for its attention to this matter.

Very truly yours,

Samuel O. Maduegbuna

SOM/clg
Enclosures

A settlement conference was scheduled for April 2, 2026. At the parties' request, it is now rescheduled to **Thursday, April 9, 2026 at 10:00 AM** to be held in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **April 2, 2026, at 5:00 p.m.** The Clerk of Court is respectfully requested to terminate ECF 68.

Dated: February 27, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE