UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC OKAFOR,

Plaintiff,

-against-

NEW YORK STATE INSURANCE FUND, et al.,

Defendants.

24-CV-5680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on October 13, 2026, Plaintiff has produced the documents Defendant sought to compel in ECF 85, and so the motion is denied as moot. The parties shall provide a joint status update on any remaining discovery disputes by **October 30, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 85.

Dated: October 13, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**